118 F.3d 1575
 Dubois Regional Medical Center
v.
Donna E. Shalala, Secretary of Department of Health and
human Service, Bruce C. Vladeck, Administrator, Health Care
Financing Administration, Arthur P. Owens, Chairman,
Medicare Geographic Classification Review Board, Michael
Ober, Chairman, Medicare Geographic Classification Review
Board; Dubois Regional Medical Center v. Donna E. Shalala,
Secretary of Department of Health and Human Services, Bruce
C. Vladeck, Administrator, Health Care
 NO. 96-3607
 United States Court of Appeals,
Third Circuit.
 June 24, 1997
 
 Appeal From: W.D.Pa. ,Nos.94cv154, 95cv187 ,
 Brooks, J.
 
 
 1
 Affirmed.